## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| J.M., *et. al.*, | * |
| | * |
| Plaintiffs, | * |
| | *     C-03-CV-23-002897 |
| v. | * |
| | * Civil Action No. _____ |
| MYRIAM YARBROUGH, *et. al.*, | * |
| | * |
| Defendants. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO PROCEED ANONYMOUSLY AND SEAL THE COMPLAINT AND ADMINISTRATIVE RECORD

Pursuant to FED. R. CIV. P. 5.2, D. MD. CIV. R. 105(11), MD R. CIV. P. 2-403, and good cause shown, plaintiffs respectfully move the Court to permit the plaintiffs-parents to proceed anonymously and to authorize the Clerk of Court to seal the complaint attached to this motion and administrative record. Defendant's position on this motion is unknown. The grounds for this motion are set out in the accompanying memorandum of points and authorities.

WHEREFORE, plaintiffs respectfully request that this motion be granted.

Respectfully submitted,

\_\_\_/s/ Holly L. Parker\_\_\_

Holly L. Parker, Esq.
#9006280197
P.O. Box 457
Olney, MD 20830
(301) 717-6480
HLP929@aol.com

*Counsel for Plaintiffs*

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| J.M., *et. al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | *   Civil Action No. _____ |
| MYRIAM YARBROUGH, *et. al.*, | * |
| | * |
| Defendants. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO PROCEED ANONYMOUSLY AND SEAL THE COMPLAINT AND ADMINISTRATIVE RECORD**

Pursuant to FED. R. CIV. P. 5.2, D. MD. CIV. R. 105(11), MD R. CIV. P. 2-403, and good cause shown , plaintiffs have respectfully moved the Court to authorize the Clerk of Court to permit the plaintiffs-parents to proceed anonymously and to authorize the Clerk of Court to seal the complaint attached to this motion and administrative record, both of which contain personally identifiable information.

1. Student-plaintiff J.M. is a juvenile.

2. The facts in this case concern confidential educational records and personally identifiable information directly related to the student.

3. Information about a student is protected by federal and State confidentiality statutes, including the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b)(1) (protecting student educational records and personally identifiable information from disclosure) and MD. REGS. CODE tit. 13A, § 08.02.02 (same).

4. The release of this confidential and personally identifiable information likely will jeopardize this student's educational and professional future, as well as have an impact on him socially.

5. The release of this information may cause the plaintiffs emotional harm.

6. Maintaining the confidentiality of this information would be in the best interest of the student.

7. Using initial refer to the student or redacting the file as alternatives to allowing the parents to proceed anonymously and sealing the original complaint and administrative record will not provide sufficient protection. The release of the parents' name and address will lead to the discovery of the identity of the student and public access to education records and personally identifiable information about the student. Moreover, the original complaint and administrative record will be replete with information regarding the student's educational disabilities and other personal information.

8. The substitution on the docket of the anonymous/redacted complaint for the original complaint will protect both the student-plaintiff and maintain reasonable public access.

9. It is well established that a court may seal all pleadings and filing under these circumstances. *See, e.g.*, *Webster Groves Sch. Dist. v. Pulitzer Publishing Co.*, 898 F.2d 1371, 1377 (8th Cir. 1990) (holding that stigmatization and humiliation of student if sensitive information is made public is reason enough to seal the file); *Robert M. v. Hickok*, 29 IDELR 784, 786 (E.D. Pa. 1999) (record sealed because of the, "practical difficulties involved in physically concealing" the names of the student-plaintiff and his parents).

10. Plaintiff-parents seek to proceed anonymously using their initials only (D.M. and L.M.), using an anonymous/redacted complaint, and to have both the complaint attached to this motion and the administrative record sealed due to the confidential and sensitive nature of the material involved.

11. No public interest will be served by allowing access to this information.

WHEREFORE, plaintiffs respectfully request that this motion be granted.

Respectfully submitted,

\_\_\_/s/ Holly L. Parker\_\_\_

Holly L. Parker, Esq.
#9006280197
P.O. Box 457
Olney, MD 20830
(301) 717-6480
HLP929@aol.com

*Counsel for Plaintiffs*

**IN THE CIRCUIT COURT FOR BALTIMORE COUNTY**

| | |
|---|---|
| J.M., *et. al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | *  Civil Action No. _____ |
| MYRIAM YARBROUGH, *et. al.*, | * |
| | * |
| Defendants. | * |
| | * |

*************************************************************************

**ORDER**

The Court GRANTS Plaintiffs' motion and hereby orders that the Plaintiffs shall proceed anonymously and the Clerk of Court shall seal the complaint attached to this motion and the administrative record.

IT IS SO ORDERED by the Court on this _____ day of _____, 2023.

_____
Baltimore County Circuit Court Judge